Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
09 AM 11:10
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| EDWARD M. STEFAN<br><br>vs<br><br>MATTHEW J. DESHON and JEANETTE DESHON, each individually and dba LA MESA AUTO & TIRE CENTER, CROSSLAND FAMILY TRUST and DOES 1 THROUGH 10 | SUMMONS IN A CIVIL ACTION<br>Case No.<br><br>'08 CV 0885 H CAB |

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

DUANE H. SCEPER, ESQ.   CSB 104004
P.O. Box 1551
Hayfork, CA 96041
(619) 232-8917

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MAY 1 9 2008

W. Samuel Hamrick, Jr.
CLERK                                                                     DATE
J. PARIS
(SEAL)
By _____, Deputy Clerk

Summons in a Civil Action                                                                                      Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)