Duane H. Sceper (CSB # 104004)
Attorney at Law
P.O. Box 1551
Hayfork, California 96041
Telephone:  (619) 232-8917

Attorney for Plaintiff Edward M. Stefan

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD M. STEFAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MATTHEW J. DESHON and JEANETTE ) <br> DESHON, each individually and dba LA ) <br> MESA AUTO & TIRE CENTER, ) <br> CROSSLAND FAMILY TRUST and DOES ) <br> 1 THROUGH 10 ) <br> Defendants ) <br> ) | CASE NO: 08 CV 0885 H CAB <br><br> **NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE IS HEREBY GIVEN** that pursuant to Federal Rules of Civil Procedure Rule 41(a), Plaintiff voluntarily dismisses the above captioned action with prejudice.

Dated: June 4, 2008               Respectfully submitted,

/s/ DUANE H. SCEPER
Duane H. Sceper, Esq.
Attorney for Plaintiff
E-mail: dhs@thelegalway.com